IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERT RIGHI,<br><br>      Plaintiff,<br><br>   vs.<br><br>SMC CORPORATION OF AMERICA, a Corporation; and LOUIS KING,<br><br>      Defendants. | Case No.: |

## **COMPLAINT**

NOW COMES the Plaintiff, ROBERT RIGHI, by his attorney, JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, and for his cause of action against the Defendants, SMC CORPORATION OF AMERICA, a Corporation, ("SMC") and LOUIS KING ("KING"), states as follows:

1. This is a suit brought under the Family Medical Leave Act, 29 U.S.C. §2601 *et seq.* (FMLA).

2. RIGHI is a resident of the City of Henry and State of Illinois.

3. Venue is proper in the Central District of Illinois as Plaintiff resides in Marshall County.

4. RIGHI was employed by SMC in April of 2004, and worked continuously with it until July 20, 2006.  He worked out of the Chicago office.

5. SMC has more than 50 employees in the Chicago office.

6. On July 11, 2006, while at a training meeting at Indianapolis, RIGHI received word that his elderly mother, with whom he resides and for whom is the sole caregiver, had suffered a life threatening diabetic reaction, and it was necessary that Plaintiff leave at once to attend to his mother.

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

7. Plaintiff immediately advised a director of SMC in Indianapolis of this situation and was advised to leave at once and to take whatever time is necessary under the circumstances and he could reschedule the training session.

8. Plaintiff went directly home and remained there for nine days caring for his mother.

9. Upon arriving home on July 11, 2006, Plaintiff notified his immediate superior, LOUIS KING, by electronic mail of his need to take off a few days off to attend to his mother's needs.

10. That on the 20th of July, Plaintiff spoke with LOUIS KING and advised him that Plaintiff's mother had stabilized and that Plaintiff was able to return to work. At this time, Plaintiff was asked by KING to meet with him, which he did later that day.

11. At the meeting of July 20, 2006, when Plaintiff met with KING, he was advised that he was being terminated for being absent from work without permission.

12. Defendants, SMC and KING, violated the FMLA in one of more of the following respects:

(a) At a time when Defendants knew that Plaintiff was the sole caregiver to his elderly mother and that his mother had a sudden and severe diabetic emergency, Defendants refused to offer Plaintiff an FMLA leave to attend to the needs of his mother.

(b) Defendants failed to reasonably inform Plaintiff of his rights under the FMLA.

(c) Defendants discriminated against Plaintiff by terminating his employment for taking a qualified leave of absence under FMLA.

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

(d) Defendants refused to reinstate Plaintiff to his position with the company at the conclusion of a nine day leave of absence that qualified under the FMLA.

13. That as a direct and proximate result of Defendants' violations of the FMLA, Plaintiff has incurred a substantial loss of income and benefits and continues to lose income and benefits, all to his substantial damage.

WHEREFORE, Plaintiff, ROBERT RIGHI, prays judgment against Defendants, SMC CORPORATION OF AMERICA, a Corporation, and LOUIS KING, jointly and severally, for the following damages:

I. The loss of income and benefits sustained since July 20, 2006.

II. His attorneys' fees.

III. Front pay for the amount this Court deems to be reasonable and proper to compensate Plaintiff.

Plaintiff also prays that this Court enter an Order directing Defendant, SMC, to reinstate Plaintiff to his prior position at his prior rate of pay and with the same benefits.

PLAINTIFF DEMANDS THAT THIS CAUSE BE TRIED BY A JURY.

ROBERT RIGHI, Plaintiff

By: s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph: (309) 676-8986
Fax: (309) 676-4130
Email: jaslevin@vltslaw.com

o:\jas\clients\righi\complaint

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-3-