UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERT RIGHI,<br><br>    Plaintiff,<br><br>  vs.<br><br>SMC CORPORATION OF AMERICA, a Corporation, and LOUIS KING,<br><br>    Defendants. | Case No. 07-1064<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that ROBERT RIGHI, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order granting Defendants' Motion for Summary Judgment on the 27th day of February, 2009.

ROBERT RIGHI, Plaintiff

By: _____s/JOHN A. SLEVIN_____

JOHN A. SLEVIN
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Telephone: (309) 676-8986
Facsimile: (309) 676-4130
jslevin@vltslaw.com
mwaters@vltslaw.com

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-1-

-2-

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF PEORIA | ) |

The undersigned attorney hereby certifies that the original of the foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, to the attorneys of record, as follows:

| | |
|---|---|
| Dave Swider | Debra L. Stegall |
| BOSE, MCKINNEY & EVANS, LLP | HEYL, ROYSTER, VOELKER & ALLEN |
| 135 North Pennsylvania Street, Suite 2700 | 124 S.W. Adams, Suite 600 |
| Indianapolis, IN 46204 | Peoria, IL 61602 |
| dswider@boselaw.com | dstegall@heylroyster.com |
| **Lead Counsel for Defendant** | **Local Counsel for Defendant** |

on March 24, 2009.

                                                      s/ JOHN A. SLEVIN

JOHN A. SLEVIN
M. MICHAEL WATERS
**VONACHEN, LAWLESS, TRAGER & SLEVIN**
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Telephone: (309) 676-8986
Facsimile: (309) 676-4130
jslevin@vltslaw.com
mwaters@vltslaw.com

O:\JAS\CLIENTS\Righi\Appeal\Notice of Appeal.doc

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986